**MASON LAW**

**D. CHRISTOPHER MASON**

ATTORNEYS AT LAW
11 BROADWAY - SUITE 615-8
NEW YORK, NEW YORK 10004
P: 212.498.9691 F: 212.498.9692

EMAIL:
cmason@masonlawpllc.com

July 10th, 2020

**VIA ECF**
Judge Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

| RE: | Paul Delva v. Charter Communications, et. al; 1:19 cv 11793 |

Dear Judge Vyskocil:

This firm represents the Plaintiff, Paul Delva, in the above referenced matter. In response to the Court's Order, dated July 3rd, 2020, we have contacted counsel for the Defendants, Anthony Grice, Esq. of Husch Blackwell, LLP. Prior to the COVID-19 outbreak the parties discussed having this matter stayed in light of the fact that the Plaintiff executed a Mutual Arbitration Agreement with Defendant Charter Communications, Inc., at the time he was hired, that covers Plaintiff's employment-related claims alleged in this matter. However, the COVID-19 outbreak delayed any further discussion of staying the instant matter until recently. After further conversation and with the consent of counsel for the Defendants the parties respectfully request this matter be stayed pending the arbitration of Plaintiff's claims against Defendants consistent with the parties' Mutual Arbitration Agreement. Under 9 U.S.C. sec.3, Federal Arbitration Act and the holding in *Katz v. Cellco Partnership*, 794 F.3d 341, 347 (2d Cr. 2015) the second circuit joined with other circuits holding that "the text, structure, and underlying policy of the FAA mandate

a stay of proceedings when all the claims in an action have been referred to arbitration and a stay requested."

      Thank you for your attention to this matter.

Respectfully Submitted,

MASON LAW, PLLC.

*/s / D. Christopher Mason*
D. Christopher Mason, Esq.

cc: Antony Grice, Esq. – Counsel for Defendants (via ECF)